**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| WYATT RICHMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-00187-SRW |
| ) | |
| GELEAH STOCKTON, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on review of the file. On October 7, 2024, self-represented Plaintiff filed this action pursuant to 42 U.S.C. § 1983. ECF No.1. On March 10, 2025, the Court issued an order granting Plaintiff's motion to proceed in forma pauperis and directing Plaintiff to pay an initial filing fee. ECF No. 6. The Court mailed a copy of the order to Plaintiff on the same day. On April 21, 2025, the Order the Court had addressed to Plaintiff at the Southeast Correctional Center was returned and marked "Return to Sender" and "Undeliverable as Addressed." ECF No. 7.

Local Rule 2.06(B) provides:

> Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

E.D. Mo. L.R. 2.06(B).

In this case, more than thirty days have passed since the mail was returned, and Plaintiff has not notified the Clerk of Court of any change of address. As a result, the Court

will dismiss this action without prejudice pursuant to Local Rule 2.06(B). This dismissal will not count as a "strike" for purposes of 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** pursuant to Local Rule 2.06(B) for Plaintiff's failure to notify the Court of his change of address.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 27th day of May, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE